### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**AMERIHOME MORTGAGE COMPANY, LLC**                                        **PLAINTIFF**

**v.**                                        **Case No. 3:25-cv-00233-KGB**

**ROBERT SENA,** *et al.*                                        **DEFENDANTS**

### <u>JUDGMENT</u>

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered against separate defendant Robert Sena in the amount of $233,351.55.  Pursuant to 28 U.S.C. § 1961, Sena is ordered to pay post-judgment interest at a rate of 3.92% per annum until judgment is paid in full.

It is so ordered this 25th day of June, 2026.

Kristine G. Baker
Chief United States District Judge